

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| S.C. JOHNSON & SON, INC. | : | CIVIL ACTION |
| v. | : | |
| GREENERWAYS LLC | : | NO. 19-2920 |

**ORDER**

FILED
FEB 20 2020
KATE BARKMAN, Clerk
By_____ Dep. Clerk

**NOW**, this 20th day of February, 2020, it having been reported that the issues between the parties in this action have been settled, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE** pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.

ENT'D FEB 20 2020